IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01931-REB-BNB

WEST LB AG, a German commercial bank,

Plaintiff,

v.

DT LAND DEVELOPMENT LLC, a New Mexico limited liability company,
CV LAND AND DEVELOPMENT COMPANY, LLC, a New Mexico limited liability
company,
TERRY D. CORLIS, individually, and
DONALD R. VERNON, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Withdrawal of Motion for Protective Order** [Doc. # 47, filed

3/8/2010] (the "Motion").  The Motion seeks an order allowing the defendants to withdraw their

Motion for Protective Order [Doc. # 38, filed 2/26/2010] and vacating the hearing on the Motion

for Protective Order.

IT IS ORDERED that the Motion [Doc. # 47] is GRANTED.

IT IS FURTHER ORDERED that the Motion for Protective Order [Doc. # 38] is

DENIED as withdrawn.

IT IS FURTHER ORDERED that the hearing on the Motion for Protective Order set for

March 11, 2010, at 2:30 p.m., is VACATED.

Dated March 9, 2010.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge