IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01931-REB-BNB

WEST LB AG, a German commercial bank,

Plaintiff,

v.

DT LAND DEVELOPMENT LLC, a New Mexico limited liability company,
CV LAND AND DEVELOPMENT COMPANY, LLC, a New Mexico limited liability company,
TERRY D. CORLIS, individually, and
DONALD R. VERNON, individually,

Defendants.

_____

**ORDER**
_____

This matter arises on the **Amended Motion for Intervention By Janice A. Steinle, Chapter 11 Trustee for the Bankruptcy Estate of CCI Funding I, LLC, Pursuant to Fed. R. Civ. P. 24** [Doc. # 43, filed 3/8/2010] (the "Motion to Intervene"). I held a hearing on the Motion to Intervene this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Intervene [Doc. # 43] is GRANTED. The Clerk of the Court is directed to accept for filing the Complaint By Plaintiff In Intervention Janice A. Steinle, Chapter 11 Trustee for the Bankruptcy Estate of CCI Funding I, LLC, which is attached to the Motion to Intervene beginning at Page 13 of 22.

Dated March 29, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge