IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01931-REB-BNB

WEST LB AG, a German commercial bank,

Plaintiff,

v.

DT LAND DEVELOPMENT LLC, a New Mexico limited liability company,
CV LAND AND DEVELOPMENT COMPANY, LLC, a New Mexico limited liability company,
TERRY D. CORLIS, individually, and
DONALD R. VERNON, individually,

Defendants.

## MINUTE ORDER

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw as Counsel of Record** [docket no. 79, filed April 26, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and attorney Kieth Van Doren is withdrawn from the representation of defendants DT Land Development, LLC, CV Land and Development Company, LLC, and Terry D. Corlis, and is to be removed from the electronic service.

DATED: April 27, 2010