IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01931-REB-BNB

WEST LB AG, a German commercial bank,

Plaintiff,

v.

DT LAND DEVELOPMENT LLC, a New Mexico limited liability company,
CV LAND AND DEVELOPMENT COMPANY, LLC, a New Mexico limited liability company,
TERRY D. CORLIS, individually, and
DONALD R. VERNON, individually,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Opposed Motion to Set Deadlines for Submission of Responsive Pleadings** [Doc. # 64, filed 4/13/2010] (the "Motion for Answer"); and

(2) **Opposed Motion for Modification of Scheduling Order and Case Management Order** [Doc. # 72, filed 4/22/2010] (the "Motion for Extension").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion for Answer is DENIED.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED in part, and the case schedule is modified to the following extent:

Deadline for Rule 26(a)(1) Disclosures:                May 19, 2010

Discovery Cut-Off: July 7, 2010

Dispositive Motion Deadline: June 14, 2010

Pretrial Conference: The final pretrial conference set for June 3, 2010, at 1:30 p.m., is VACATED and RESET to July 27, 2010, at 9:00 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 20, 2010. The parties shall comply with the requirements of REB Civ. Practice Standards in connection with the preparation of the proposed Final Pretrial Order, and in particular with Parts III.D and IV.A.2 of those Practice Standards. In addition, each exhibit shall be listed as the parties intend to offer it. Every page of every exhibit must be Bates numbered, and the beginning and ending Bates numbers of each exhibit must be reported on the exhibit list.

Dated May 5, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge