**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-01931-REB-BNB

WEST LB AG, NEW YORK BRANCH, a German commercial bank,

    Plaintiff,

v.

DT LAND DEVELOPMENT, LLC, a New Mexico limited liability company,
CV LAND & DEVELOPMENT COMPANY, LLC, a New Mexico limited liability company,
TERRY D. CORLIS, individually, and
DONALD R. VERNON, individually,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before the court on the **Stipulation of Dismissal With Prejudice** [#110][1] filed August 8, 2012. On January 4, 2011, this matter was administratively closed on the court's **Order of Administrative Closure** [#109]. After reviewing the stipulation and the record, I conclude that the case should be reopened, that the stipulation should be approved, and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to reopen this civil action;

2. That the **Stipulation of Dismissal With Prejudice** [#110] filed August 8, 2012, is **APPROVED**; and

---

[1] "[#110]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3.  That this action is **DISMISSED WITH PREJUDICE**.

Dated August 9, 2012, at Denver, Colorado.

**BY THE COURT:**

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge